# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

**JORDYN GRIFFIS,**

    **Plaintiff,**

vs.

**MARY E. BRUNK,**
**and**
**BOTTOMLEY ENTERPRISES, INC.**

    **Defendants.**

**CASE NO.:**
**JURY DEMANDED**

## NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Caleb D. Thomas
         28 E. Main St.
         Hohenwald, TN 38462

The removing Defendant, Bottomley Enterprise, Inc., pursuant to 28 U.S.C. §1332, 1441, and 1446 (d), by and through its counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C., hereby files this Notice of Removal of the above Civil Action from the Circuit Court of Hickman County, Tennessee, Civil Division, and as basis for said removal would show as follows:

    (1) Removing Defendant, Bottomley Enterprises, Inc., is a named Defendant in the above titled action. This matter was initially filed in the Circuit Court of Hickman County, Tennessee, Civil Division under Case No: 21-CV-29, on September 21, 2021, under Docket No. 21-CV-29. A copy of the original Complaint filed in the Circuit Court of Hickman County, Tennessee, Civil Division, along with the Summons is attached to this Notice of Removal as **Exhibit A**.

1

(2) On or about October 11, 2021, the Defendant, Bottomley Enterprises, Inc., received the Summons and a copy of the Complaint via the Secretary of State. Thus, removal of this action is timely filed. See 28 U.S.C §1446 (b).

(3) The amount of controversy, exclusive of interest and cost, allegedly exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).

(4) The Plaintiff, Jordyn Griffis, according to Plaintiff's Complaint was a resident of Marshall County, Tennessee at the time of the accident.

(5) The Defendant Mary E. Brunk is a resident of West Virginia.

(6) The Defendant Bottomley Enterprises, Inc. is a corporation organized under the laws of North Carolina and is therefore a North Carolina resident for purposes of diversity.

(5) This action is a Civil Action for personal injuries and damages as a result of an automobile accident that occurred on September 23, 2020.

(6) The Court has original jurisdiction of this action pursuant to 28 U.S.C § 1332 (a)(1) and (c) as the amount in controversy allegedly exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and cost.

(7) Because complete diversity exists between Plaintiff and Defendants at the time Plaintiff commenced this action in State Court and exists as of the time of the filing of this Notice of Removal and upon information and belief the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and cost, this court as original jurisdiction over this action as defined in 28 U.S.C § 1332 (a)(1).

(8) This Notice of Removal is being filed with this Court within 30 days of the service on the removing Defendant Bottomley Enterprises, Inc.

(9)  As required by 28 U.S.C §1446 (d), written notice of the filing if this Notice will be given to all parties and a true and correct copy of this Notice will be filed with the Circuit Court of Hickman County, Tennessee, Civil Division, thereby effectuating removal of this action to this court.

WHEREFORE, Bottomley Enterprise, Inc., request that the above styled action be removed from the Circuit Court of Hickman County, Tennessee, Civil Division under Case No: 21-CV-29 to the United States District Court for the Middle district of Tennessee.

Respectfully submitted,

**Glassman, Wyatt, Tuttle & Cox P.C.**

/s/ Robert A. Cox
**ROBERT A. COX, ESQUIRE (#14279)**
**RONNA D. KINSELLA, ESQUIRE (#24549)**
26 North Second Street
Memphis, TN  38103
P: (901) 527-2143
F: (901) 527-5320
rcox@gwtclaw.com
rkinsella@gwtclaw.com
GWTC File No. 21-325
***Counsel for Defendant***

# **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing pleading has been properly served, via Email and/or United States Mail, postage prepaid upon the following:

Caleb D. Thomas
28 E. Main St.
Hohenwald, TN 38462

On this the 8th day of November, 2021

                                                               /s/ Robert A. Cox
                                                               Robert A. Cox, Esquire