# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

**JORDYN GRIFFIS,**

    **Plaintiff,**

**vs.**                                    **CASE NO.: 1:21-cv-00070**
                                           **JURY DEMANDED**

**MARY E. BRUNK,**
**and**
**BOTTOMLEY ENTERPRISES, INC.**

    **Defendants.**

## JOINT STATUS REPORT

**COME NOW** the Parties jointly and provide a status in this matter to the Court pursuant to the Scheduling Order.

The Parties will report to the Court that Plaintiff's remaining medical records and bills have been received. Plaintiff has provided the demand and Defendant has made a reasonable offer as of June 14, 2022. Currently, the Parties are participating in discovery, and it is the party's intention to engage in meaningful mediation pursuant to the Scheduling Order. Any alterations to the deadlines Ordered by the Court will be addressed timely by the Parties.

1

**Approved by:**

/s/ Robert A. Cox
**ROBERT A. COX (BPR #14279)**
**RONNA D. KINSELLA (BPR #24549)**
26 North Second Street
Memphis, TN 38103
Telephone: (901) 527-2143
Fax: (901) 521-0940
rcox@gwtclaw.com
rkinsella@gwtclaw.com
*Attorneys for Defendant*


/s/ Caleb D. Thomas
**CALEB D. THOMAS (BPR #036958)**
28 East Main Street
Hohenwald, TN 38462
Telephone: (931) 487-4070
caleb@cdthomaslaw.com
*Attorney for Plaintiff*