IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JORDYN GRIFFIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 1:21-cv-00070 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| MARY E. BRUNK and BOTTOMLEY | ) | MAGISTRATE JUDGE HOLMES |
| ENTERPRISES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 18) recommending Defendant Mary Brunk be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and 21.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 18 at 3). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED**. Accordingly, Defendant Mary Brunk is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and 21.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE